IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHAROLETTE K. GREEN**                                                                 **PLAINTIFF**

    v.                    Case No. 04-5258

**L.A. DARLING COMPANY**                                                    **DEFENDANT**

<u>**O R D E R**</u>

Now on this 26th day of August, 2005, comes on for hearing defendant's oral motion for continuance, and from the arguments made in a telephone conference this date, and the information supplied by William James, M.D., about the condition of his patient Robert Robinson, a key witness for the defendant, the Court finds that the motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that trial of this matter is continued, *sine die*, with a new trial date to be scheduled after October 1, 2005.

**IT IS FURTHER ORDERED** that any subpoena issued for the appearance of a witness at the trial scheduled for the week of August 29, 2005, will continue to be effective to require the appearance of the witness on the new trial date, so long as the party who caused the subpoena to be served notifies the witness of the new trial date and time.

**IT IS SO ORDERED.**

                                           **/s/ Jimm Larry Hendren**
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**