IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHAROLETTE K. GREEN**                                                             **PLAINTIFF**

**vs.**                          No. 04-5258

**L. A. DARLING COMPANY**                                           **DEFENDANT**

### O R D E R

NOW on this 7th day of January, 2006, comes on for consideration the joint oral motion for dismissal by counsel for all parties.

The Court being well and sufficiently advised finds that said motion should be and hereby is **granted** and this case is dismissed with prejudice.

**IT IS SO ORDERED.**

                                              **/s/Jimm Larry Hendren**
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**