IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHAROLETTE K. GREEN                                        PLAINTIFF

     v.        Civil No. 04-5258

L.A. DARLING COMPANY                                       DEFENDANT

## O R D E R

Now on this 12th day of April, 2006, the above referenced matter comes on for this Court's consideration. Being well and sufficiently advised that **Exhibit 1** was mistakenly attached to **Defendant's Response to Plaintiff's Motion to Enforce Settlement Agreement (Filed Under Seal)** (document #55), the Court hereby orders the Clerk of Court to "break the link" to **Exhibit 1**. If either party wishes to make the contents of Exhibit 1 a matter of record, it must do so through another pleading.

IT IS SO ORDERED.

                                          /s/JIMM LARRY HENDREN
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE